# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 18, 2019

## NO. 03-19-00216-CV

**Texas Health and Human Services Commission and Dr. Courtney Phillips, in her Official Capacity as Executive Commissioner of Health and Human Services, Appellants**

**v.**

**Unidos Healthcare, LLC; Corazon Health Care Services, LLC; Cleveland Health Care, LLC, dba Vital Connections; and Millennium Comfort Home Health Care LLC, Appellees**

### APPEAL FROM 126TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES TRIANA AND SMITH
### DISMISSED ON JOINT MOTION -- OPINION BY JUSTICE SMITH

This is an appeal from the interlocutory order signed by the trial court on April 3, 2019. The parties have filed an agreed motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Each party shall bear their own costs relating to this appeal, both in this Court and in the court below.